UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-60074-CIV-UNGARO-BENAGES

NAVIGATORS INSURANCE COMPANY,
    Plaintiff,

v.

FRANK WEINBERG & BLACK, P.L., et al.,
    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the parties' Stipulation of Dismissal With Prejudice, filed October 12, 2006.  (D.E. 70.)

THE COURT has reviewed the notice, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE each party to bear their own fees and costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 12th day of October, 2006.

                    URSULA UNGARO
                    UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record